# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

For Property as described in Attachment A contained at:
**United States Border Patrol Calexico Station**
**1150 East Birch Street**
**Calexico, California.**

FILED
JAN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEARCH WARRANT

CASE NUMBER: '08 MJ 8011

To: <u>Any duly authorized Federal Officer</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Supervisory Border Patrol Agent ALEXANDER MILLS</u> who has reason to believe that ☐ on the person or ☒ on the premises known as

### SEE ATTACHMENT A

In the Southern District of California, there is now concealed a certain person or property, namely

### SEE ATTACHMENT B

Which is the instrumentalities and evidence concerning a violation of Title <u>8</u> United States Code, Section(s) <u>1324</u>. Which is the, instrumentalities and evidence concerning a violation of Title <u>8</u> United States Code, Section(s) <u>1324</u>

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEARBY COMMANDED** to search on or before <u>1-10-08</u>

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime – 6:00 a.m. to 10:00 p.m.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

<u>1-9-08 @ 10:15 a.m.</u>     at   <u>El Centro, CA</u>
Date/Time issued

Honorable PETER C. LEWIS
**United States Magistrate Judge**
Name and Title of Judicial Officer                    Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-7-08 | 1-7-08  5:00 PM | Inside premises at scene |

**INVENTORY MADE IN THE PRESENCE OF**
Supervisory Border Patrol Agent ALEXANDER MILLS

08 MJ 8011

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1.) One camera – Astak CM-860T

2.) One camera, black in color, no model or serial number

3.) One camera, black in color and is attached to a pole

4.) One monitor – Astak CM-715, 2.4 GHz wireless receiver

5.) One television set – Phillips Magnavox model TP2780C101

6.) One automatic controller – Sky Ranger Flight Controller, 27.045 MHz

7.) One extension cord, orange in color

8.) Five lengths of cable for the cameras and monitors

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*  U.S. Judge or Magistrate        1-10-08  Date

## **ATTACHMENT A**

Seize Surveillance Equipment from 737 Renaud Court, Calexico, California currently located at the premise of the United States Border Patrol Calexico Station, 1150 East Birch Street Calexico, California 92231.

## ATTACHMENT B

1. In conjunction with violations of 8 USC 1324, ASTAK CM-860T 2.4 GHz wireless pan-tilt camera, ASTAK CM-715 2.4 GHz wireless receiver (monitor), Sky Rangers 27.045 Mhz automatic controller, Phillips Magnavox Television Model TP2780C101, Black camera (no model or serial number), Black camera on pole (no model or serial number), and miscellaneous video and power cables for cameras and monitors.

2. All of the property in #1 is evidence of offenses in violation of Title 8, United States Code, Section(s): 1324